

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

GRETCHEN WHITMER
GOVERNOR

RACHAEL EUBANKS
STATE TREASURER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Freddie L. Miller  
14800 Littlefield  
Detroit, MI 48227

16-41501  
Chapter 13  
Hon. Mark A. Randon

Debtor
_____

## WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIM

The State of Michigan, Department of Treasury, hereby withdraws its request for payment of priority expense claim (5-1) in the amount of $5,000.00 dated herein on 7/19/16.

Nichole Harrell  
Departmental Analyst  
Collection Services Bureau/Bankruptcy